STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES L. LAVINE, PLAINTIFF IN ERROR.

Submitted March 27, 1922—Decided June 19, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 356.

For the defendant in error, *A. Dayton Oliphant,* prosecutor of the pleas.

For the plaintiff in error, *Henry H. Wittstein* and *John H. Kafes.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 13.

*For reversal*—None.